# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

_____

Counsel presenting oral argument should appear in person at the Clerk's Office NO LATER THAN 8:30 A.M. on the day of the hearing

Clerk's Office
56 Forsyth Street, N.W.
Atlanta, Georgia  30303
(404) 335-6131

HEARING LOCATION

Courtroom 339
Elbert P. Tuttle United States Court of Appeals Building
56 Forsyth Street, N.W.
ATLANTA, GEORGIA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side.  Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge.  Counsel for each party must present oral argument unless excused by the court for good cause shown.  The following cases are assigned for hearing on the following dates:

### TUESDAY, APRIL 16, 2024

| | |
|---|---|
| 23-10934 | United States v. Victor Hill, Appellant |
| 22-12305 | Darwin Lopez-Serrano, Petitioner v. U.S. Attorney General |
| 22-13649 | Earl Barrs v. Auto-Owners Insurance Company, Appellant |
| 21-11329 | Sky Harbor Atlanta Northeast, LLC, et al., Appellants/Cross Appellee v. Affiliated FM Insurance Company, Appellee/Cross Appellant |

### WEDNESDAY, APRIL 17, 2024

| | |
|---|---|
| 22-13867 | United States v. Frederick Bush, Appellant |
| 22-10999 | Melissa Ann Spurgeon, Appellant v. Social Security Administration, Commissioner |
| 23-10343 | Clarissa Gilmore, Appellant v. Georgia Department of Corrections, et al. |
| 23-10385 | January Littlejohn, et al., Appellants v. School Board of Leon County Florida, et al. |

### THURSDAY, APRIL 18, 2024

| | |
|---|---|
| 22-14160 | United States v. Matthew Ostrander, Appellant |
| 21-14492 | Eddie King, Appellant v. Dr. Lawson |
| 22-14302 | New Georgia Project, Inc., et al. v. Attorney General, State of Georgia, et al., Appellants |
| 22-14211 | Adam U. Steines, et al. v. Westgate Palace, L.L.C., et al., Appellants |

### FRIDAY, APRIL 19, 2024

| | |
|---|---|
| 22-14074 | United States v. Peter Tarantino, et al., Appellants |
| 22-13159 | Robert R. Turner, Appellant v. Sharon W. Jordan, et al. |
| 23-10332 | Reverend Stephen Jarrard, Appellant v. Sheriff of Polk County, et al. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
01/30/24 - #13